IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HENRRY RIVERA PINEDA,                          *

          Petitioner,               *

v.                                                                      Case No. 7:26-cv-113 (WLS-AGH)

                                                      *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                              *

          Respondents.           *

_____

# J U D G M E N T

Pursuant to this Court's Order dated May 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 28th day of May, 2026.

          David W. Bunt, Clerk


          s/ Katie Logsdon, Deputy Clerk